ORIGINAL

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

ADR

E-FILING

FILED

2007 OCT 10  P 1: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorney for Plaintiff
Lei Hua

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lei Hua** | Case No. |
| Plaintiff, | |
| v. | **C07 05184 HRL** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | **Immigration Case** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

Case No.                                                                    1
Certification of Interested Entities or Persons

| | |
|---|---|
| 1 | |
| 2 Dated: 10/9/07 | Respectfully Submitted, |
| 3 | |
| 4 | *[signature]* |
| 5 | Justin Fok, CSBN: 242272<br>Attorney for Plaintiff |

Case No.                                                2
Certification of Interested Entities or Persons