# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Lei Hua

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

C07 05184 HRL

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
United States Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 1 0 2007

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

Lei Hua

E-FILING

V.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 05184 HRL

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

DATE  OCT 1 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/12/2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| BO LI | | | Office Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipts

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 37.18 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/12/2007
              Date

Signature of Server    Law Offices of Jean D. Chen
                       2107 N. First Street, Suite 400
                       San Jose, CA 95131
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Receipt 1** (7006 0810 0000 7648 9559)
Sent To: U.S. Attorney
450 Golden Gate Ave
San Francisco, CA 94102
Postage $2.67; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total $7.47
Postmark: San Jose, CA, Oct 12 2007

**Receipt 2** (7006 0810 0000 7648 7196)
Sent To: Peter D. Keisler
950 Pennsylvania Ave, NW
Washington, DC 20530
Postage $2.67; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total $7.47

**Receipt 3** (7006 0810 0000 7648 7189)
Sent To: Emilio T. Gonzalez
425 I Street, NW
Washington, DC 20536-0003
Postage $2.67; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total $7.47

**Receipt 4** (7006 0810 0000 7648 7172)
Sent To: Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
Postage $2.50; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total $7.30



**Receipt 5** (7006 0810 0000 7648 7165)
Sent To: Michael Chertoff
U.S. Department of Homeland Security
Washington, DC 20528
Postage $2.67; Certified Fee $2.65; Return Receipt Fee $2.15; Restricted Delivery Fee $0.00; Total $7.47

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 10-12-2007 I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;
3) Order Setting initial case management conference and ADR deadlines;
4) Standing Order Re: initial case management and discovery disputes;
5) Standing order regarding case management in civil cases;
6) Contents of joint case management statement

on the persons or entities named below, for the case Hua v. Chertoff (C07-5184 HRL), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Peter D. Keisler
Acting United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

U.S. Attorney
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Office of the General Counsel
U.S. Department of Homeland Security

Proof of Service: C07-5184 HRL      1
Hua v. Chertoff, et al.

1    Washington, DC 20528

3   Date of mailing: __10·12·2007__ Place of mailing: San Jose, California.

4   I declare under penalty of perjury under the laws of the United States of America that the

5   forgoing is true and correct.

8   Executed this __10·12-2007__ at San Jose, California

*signature*

Bo Li

Proof of Service: C07-5184 HRL                 2
Hua v. Chertoff, et al.