1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Lei Hua
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Lei Hua,** | Case No.  07- 5184 HRL |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| **Michael Chertoff**, Secretary, Department of Homeland Security; | |
| **Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services; | |
| Defendants. | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

Current Contact Information:

Justin G. Fok
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131

Case No. 07- 5184 HRL                                   1
Notice of Change of Address

1  Dated: October 17, 2007                                  Respectfully Submitted,

2

3                                                                          _____/s/_____
                                                                           Justin Fok, CA Bar: 242272
4                                                                          Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07- 5184 HRL                    2
Notice of Change of Address