SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEI HUA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship & Immigration Services, <br><br> Defendants. | No. C 07-5184 HRL <br><br> **ANSWER** |

Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

ANSWER
C07-5184 HRL                                                       1

## JURISDICTION

5. Paragraph Five consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

6. Paragraph Six consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## INTRADISTRICT ASSIGNMENT

7. Paragraph Seven consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. Defendants deny the allegations in this paragraph.

## CAUSE OF ACTION

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants are without sufficient information to admit or deny the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants are without sufficient information to admit or deny the allegations in

Paragraph Seventeen.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants admit the allegations in Paragraph Twenty-One.

22. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

23. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

24. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four.

25. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Five.

26. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Six.

27. Defendants admit the allegations in Paragraph Twenty-Seven.

28. Paragraph Twenty-Eight consists of Plaintiff's characterization of this action for which no answer is necessary, however, to the extent an answer is deemed to be required, Defendants deny the allegations in this Paragraph.

29. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Nine.

30. Defendants deny the allegations in Paragraph Thirty.

31. Paragraph Thirty-One consists of Plaintiff's characterization of this action for which no answer is necessary, however, to the extent an answer is deemed to be required, Defendants deny the allegations in this Paragraph.

32. Paragraph Thirty-Two consists of Plaintiff's characterization of this action for which no answer is necessary, however, to the extent an answer is deemed to be required, Defendants deny the allegations in this Paragraph.

33. Paragraph Thirty-Three consists of Plaintiff's characterization of this action for which no answer is necessary, however, to the extent an answer is deemed to be required, Defendants deny the allegations in this Paragraph.

**PRAYER**

34. Paragraph Thirty-Four consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

///

///

ANSWER
C07-5184 HRL                                      4

1  WHEREFORE, Defendants pray for relief as follows:

2      That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint

3  with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems

4  just and proper under the circumstances.

5  Dated: December 14, 2007            Respectfully submitted,

6                                  SCOTT N. SCHOOLS
                                United States Attorney

7

8                                         /s/       
                                ILA C. DEISS

9                                  Assistant United States Attorney
                                Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C07-5184 HRL                          5