1  Justin Fok, Esq., CA State Bar #242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Lei Hua
7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                             **SAN JOSE DIVISION**

11 **Lei Hua,**                           ) Case No. C 07-5184 HRL
                                          )
12                                        )
                 Plaintiff,               ) **PARTIES JOINT REQUEST TO BE**
13                                        ) **EXEMPT FROM FORMAL ADR**
        v.                                ) **PROCESS**
14                                        )
   **Michael Chertoff**, Secretary of the )
15 Department of Homeland Security;       )
                                          )
   **Emilio T. Gonzalez**, Director of United States
16 Citizenship and Immigration Services   )
17                                        )
                                          )
18               Defendants               )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21

22

23      Each of the undersigned certifies that he or she has read either the handbook entitled

24 "Dispute Resolution Procedures in the Northern District of California," or the specified portions

25 of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

26 resolution options provided by the court and private entities, and considered whether this case

27 might benefit from any of them. Here, the parties agree that referral to a formal ADR process

28 will not be beneficial because this mandamus action is limited to plaintiffs' request that this

Parties' Joint Request for Exemption           1
C 07-5184 HRL

Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

                                      Respectfully Submitted,

Dated: January 8, 2008                      _____/s/_____
                                                    Justin G. Fok
                                                    Attorney for Plaintiff

Dated: January 8, 2008                      ____/s/_____
                                                    Ila C. Deiss
                                                    United States Attorney
                                                    Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                              _____
                                                             Howard R. Lloyd
                                                             Magistrate Judge