Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

**\*ORDER E-FILED 1/9/2008\***

Attorney for Plaintiff
Lei Hua

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Lei Hua,** | Case No. C 07-5184 HRL |
| Plaintiff, | **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; | **AND ORDER** |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services | |
| Defendants | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this

Parties' Joint Request for Exemption                1
C 07-5184 HRL

1 Court compel defendants to adjudicate the application for adjustment of status. Given the
2 substance of the action and the lack of any potential middle ground, ADR will only serve to
3 multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR
4 L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and
5 that they be excused from participating in the ADR phone conference and any further formal
6 ADR process.

Respectfully Submitted,

Dated: January 8, 2008 _____/s/_____
Justin G. Fok
Attorney for Plaintiff

Dated: January 8, 2008 \_\_\_\_/s/_____
Ila C. Deiss
United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   January 9, 2008 _____
Howard R. Lloyd
Magistrate Judge

Parties' Joint Request for Exemption          2
C 07-5184 HRL