| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEI HUA, | ) |
| | ) No. C 07-5184 HRL |
| Plaintiff, | ) |
| | ) |
| v. | ) **CONSENT TO MAGISTRATE JUDGE** |
| | ) **JURISDICTION** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of United | ) |
| States Citizenship & Immigration Services, | ) |
| | ) |
| Defendants. | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: January 23, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                    /s/
                                           _____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants

Consent to Magistrate Jurisdiction
C07-5184 HRL                              1