**\*E-FILED 1.24.2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEI HUA, | No. C07-05184 HRL |
| Plaintiff, | **ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) SETTING CASE MANAGEMENT SCHEDULE** |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services, | |
| Defendants. | |

Based on the parties' Joint Case Management Statement, the court orders as follows:

The case management conference set for January 29, 2008, 1:30 p.m. is VACATED.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement.

Additionally, the parties advise that no formal discovery is necessary; and, they agree that this matter can be resolved on summary judgment. Accordingly, the court sets the following schedule on the parties' cross-motions for summary judgment:

- Cross-motions for summary judgment due by **February 12, 2008**;
- Parties' respective opposition papers due by **February 26, 2008**.

The court anticipates that no hearing will be necessary. Accordingly, unless otherwise ordered,

1   the matter will be deemed submitted without oral argument.

2       IT IS SO ORDERED.

3   Dated:   January 24, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1. **5:07-cv-5184 Notice has been electronically mailed to:**
2. Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov
3. Justin Fok jfok@jclawoffice.com, bli@jclawoffice.com
4. **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.