Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Lei Hua

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **Lei Hua,** | Case No. C 07-5184 HRL |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | |
| Defendants. | |

　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

Case No. C 07-5184 HRL              1
Stipulation to Dismiss

1    The parties shall bear their own costs and fees.

3    Dated: February 7, 2008                                    _____/s/_____
                                                                Justin G. Fok[1]
                                                                Law Offices of Jean D. Chen
                                                                Attorney for Plaintiff

9    Dated: February 8, 2007                                    _____/s/_____
                                                                Ila C. Deiss
                                                                Assistant United States Attorney
                                                                Attorney for Defendants

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED.

Dated: _____                              _____
                                                                Howard R. Lloyd
                                                                United States Magistrate Judge

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) withing this efiled document.

Case No. C 07-5184 HRL                    2
Stipulation to Dismiss