1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400           *E-FILED 2/11/2008*
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Lei Hua
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 **Lei Hua,**                         )   Case No. C 07-5184 HRL
                                        )
13                                      )
              Plaintiff,                )
14                                      )   **STIPULATION TO DISMISS AND**
                                        )   **[PROPOSED] ORDER**
15                                      )
       v.                               )
16                                      )
   **Michael Chertoff**, Secretary of the )
17 Department of Homeland Security;     )
   **Emilio T. Gonzalez**, Director of United States )
18 Citizenship and Immigration Services, )
                                        )
19                                      )
                                        )
20            Defendants.               )
                                        )
21 _____     )

22

23      Plaintiff, by and through his attorney of record, and Defendants, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25 above entitled action without prejudice in light of the fact that the United States Citizenship and

26 Immigration Services has approved Plaintiff's application for adjustment of status.

27 ///

28 ///

Case No. C 07-5184 HRL              1
Stipulation to Dismiss

1    The parties shall bear their own costs and fees.

3    Dated: February 7, 2008                              _____/s/_____
                                                          Justin G. Fok[1]
                                                          Law Offices of Jean D. Chen
                                                          Attorney for Plaintiff

9    Dated: February 8, 2007                              _____/s/_____
                                                          Ila C. Deiss
                                                          Assistant United States Attorney
                                                          Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED.

Dated: __February 11, 2008_____          _____
                                                          Howard R. Lloyd
                                                          United States Magistrate Judge

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) withing this efiled document.

Case No. C 07-5184 HRL                    2
Stipulation to Dismiss